**CHALUMEAU POWER SYSTEMS LLC, Plaintiff–Appellant**

v.

**ALCATEL–LUCENT ENTERPRISE USA, INC., Defendant–Appellee.**

No. 2015–1191.

United States Court of Appeals, Federal Circuit.

Signed Aug. 12, 2015.

Robert Greenspoon, Flachsbart & Greenspoon, LLC, Chicago, IL, argued for plaintiff-appellant. Also represented by Travis Campbell.

Lana S. Shiferman, Goodwin Procter LLP, Boston, MA, argued for defendant-appellee. Also represented by J. Anthony Downs, Robert Frederickson, III.

LOURIE, WALLACH, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**